

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00792-CV

Richard Leon **ROSE**,
Appellant

v.

Peter G. **ADAMS**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI04064
Honorable Martha Tanner, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Appellant Richard Leon Rose.

SIGNED January 2, 2020.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Monique Diaz is the presiding judge of the 150th Judicial District Court.